1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, CA 93721
   Tel: (559) 497-4000
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) Case No. 1:10-cr-00238 OWW
                                  )
12                 Plaintiff,     ) STIPULATION TO CONTINUE STATUS
                                  ) CONFERENCE; ORDER
13                                )
                                  )
14          v.                    )
                                  ) Date:  August 23, 2010
15 NANCY BOCANEGRA,               ) Time:  9:00 a.m.
                                  ) Judge: Hon. Oliver W. Wanger
16                 Defendant.     )
   _____)

17      **IT IS HEREBY STIPULATED** by and between the parties hereto,

18 and through their respective attorneys of record herein, that **the**

19 **status conference now set for July 12, 2010, may be continued to**

20 **August 23, 2010, at 9:00 a.m.**

21      The reason for the continuance is to allow time for further

22 case preparation, defense investigation, preparation of a fast-

23 track pre-plea presentence report, and plea negotiations.  The

24 parties are currently awaiting the preparation of a pre-plea

25 presentence report to reach a potential resolution of the case.

26 The parties stipulate and agree that the interests of justice

27 served by granting this continuance outweigh the best interests

28 of the public and the defendant in a speedy trial and that the

delay from the continuance shall be excluded from the calculation

of time under the Speedy Trial Act pursuant to 18 U.S.C. §§

3161(h)(7)(A) and (B)(iv).

Dated: July 6, 2010                    Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                              By:   /s/ Ian L. Garriques
                                    IAN L. GARRIQUES
                                    Assistant U.S. Attorney


Dated: July 6, 2010           By:   /s/ Brian C. Andritch
                                    BRIAN C. ANDRITCH
                                    Attorney for Defendant


                           **O R D E R**

     The intervening period of delay shall be excluded in the

interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

3161(h)(7)(B)(iv).
                    IT IS SO ORDERED.

**Dated:   July 6, 2010**               **/s/ Oliver W. Wanger**
                              UNITED STATES DISTRICT JUDGE